| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 10-50-1-LRR |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:17-cr-00080 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Iowa | Cedar Rapids |
| SCOTT ANTHONY BISHOP | NAME OF SENTENCING JUDGE | |
| | The Honorable Linda R. Reade | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/02/2015 — TO 11/01/2021 |

**OFFENSE**
Manufacture and Attempt to Manufacture Methamphetamine Within 1,000 Feet of a Protected Location

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   IOWA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 13, 2017                                    /s/ Linda R. Reade
  Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   IOWA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-14-17                                              /s/ John A. Jarvey
  Effective Date                                      United States District Judge