IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCOTT ANTHONY BISHOP, )<br>)<br>Defendant. ) | No. CR 10-50<br><br>**COUNT 1:**<br>21 U.S.C. §§ 841, 846, 860 |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

Between about January 13 and January 21, 2010, in the Northern District of Iowa, defendant, SCOTT ANTHONY BISHOP, did knowingly and intentionally manufacture and attempt to manufacture a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within 1,000 feet of real property comprising a school, specifically, North Cedar Community Middle School located at 400 Ball Street, Clarence, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 846, and 860.

A TRUE BILL
s/
_____
FOREPERSON

6/22/2010
_____
DATE

Presented by:

STEPHANIE M. ROSE
United States Attorney

By: Daniel C. Tvedt

DANIEL C. TVEDT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY

And filed 6/22/10
ROBERT L. PHELPS, CLERK